IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

KEVIN DEPAUL DAVIDSON, #173664,  )
)
    Plaintiff,                      )
)
    v.                          )  CIVIL CASE NO. 2:22-cv-514-ECM
)           (WO)
EASTERLING CORRECTIONAL     )
FACILITY, *et al*.,             )
)
    Defendants.          )

**MEMORANDUM OPINION and ORDER**

On February 17, 2023, the Magistrate Judge entered a Recommendation (doc. 11) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED without prejudice for the Plaintiff's failure to prosecute this action and respond to the orders of the Court.

A separate Final Judgment will be entered.

DONE this 10th day of March, 2023.


                     _____/s/ Emily C. Marks_____
                     EMILY C. MARKS
                     CHIEF UNITED STATES DISTRICT JUDGE